Ike LA HOOD, Plaintiff-Appellee, v. SPRINGFIELD FIRE & MARINE INSURANCE COMPANY, Defendant-Appellant.

No. 4462.

Court of Appeal of Louisiana.
Second Circuit.

Sept. 7, 1934.

Hardin & Coleman, of Shreveport, for appellant.

Pegues & Pegues, of Mansfield, for appellee.

DREW, Judge.

This is a companion case of case No. 4458 on the docket of this court, 156 So. 366, decided this day.

For the reasons assigned in case No. 4458, the judgment of the lower court in this case is reversed, and the demands of plaintiff are rejected, at his cost in both courts.

Ike LA HOOD, Plaintiff-Appellee, v. NEW JERSEY INSURANCE COMPANY, Defendant-Appellant.

No. 4464.

Court of Appeal of Louisiana. Second Circuit.

Sept. 7, 1934.

Hardin & Coleman, of Shreveport, for appellant.

Pegues & Pegues, of Mansfield, for appellee.

DREW, Judge.

This is a companion case of case No. 4458 on the docket of this court, 156 So. 366, decided this day.

For the reasons assigned in case No. 4458, the judgment of the lower court in this case is reversed, and the demands of plaintiff are rejected, at his cost in both courts.

Ike LA HOOD, Plaintiff-Appellee, v. ORIENT INSURANCE COMPANY, Defendant-Appellant.

No. 4463.

Court of Appeal of Louisiana.
Second Circuit.

Sept. 7, 1934.

Hardin & Coleman, of Shreveport, for appellant.

Pegues & Pegues, of Mansfield, for appellee.

DREW, Judge.

This is a companion case of case No. 4458 on the docket of this court, 156 So. 366, decided this day.

For the reasons assigned in case No. 4458, the judgment of the lower court in this case is reversed, and the demands of plaintiff are rejected, at his cost in both courts.

Ike LA HOOD, Plaintiff-Appellee, v. VIRGINIA FIRE INSURANCE COMPANY, Defendant-Appellant.

No. 4465.

Court of Appeal of Louisiana.
Second Circuit.

Sept. 7, 1934.

Hardin & Coleman, of Shreveport, for appellant.

Pegues & Pegues, of Mansfield, for appellee.

DREW, Judge.

This is a companion case of case No. 4458, on the docket of this court, 156 So. 366, decided this day.

For the reasons assigned in case No. 4458, the judgment of the lower court in this case is reversed, and the demands of plaintiff are rejected at his cost, in both courts.